No. 99–5498. ANDERSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5499. ASHWORTH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–5500. BROOKS *v.* BUNCH ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5501. BROWN *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5504. WILLIAMS *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 99–5505. BRAXTON *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 99–5506. ASHLEY *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5507. APAMPA *v.* LAYNG ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5509. ALSTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–5510. BURNETTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5511. ALVAREZ-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5512. BROWN *v.* BRIICK ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5513. ANDERSON *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5514. COOPER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.